IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUAN TRISTAN,

       Petitioner,

   v.

JEAN HILL, Superintendent,
Snake River Correctional Institution,

       Respondent.

Civil No. 05-1631-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#30) without prejudice is GRANTED.

    IT IS SO ORDERED.

    DATED this  6th  day of February, 2007.


                 /s/ Donald C. Ashmanskas
                Donald C. Ashmanskas
                United States Magistrate Judge


1 - ORDER -

2 - ORDER -